ACCEPTED
14-14-00472-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/27/2015 7:26:08 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00472-CR
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/27/2015 7:26:08 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1322772
In the 263rd Judicial District Court
Of Harris County, Texas

———————◆———————

**CHRISTOPHER ANDREW JACKSON,** *Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for

an extension of time in which to file its appellate brief and in its motion, would

show the Court the following:

1. The appellant was charged with Murder(CR-39). After a trial, the jury found appellant guilty of the offense as charged and assessed punishment at 45 years in the Institutional Division of the Texas Department of Criminal Justice (CR-318). The appellant subsequently filed notice of appeal, and the trial court certified that he had the right to appeal (CR – 321, 324).

2. The State's brief is due March 27, 2015. The State hereby requests an

   extension for the filing of the State's brief until April 27, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The State has been working on and has filed the following briefs in the last thirty days.

Hollins v. State
1-14-00744-CR
State's Brief filed March 4, 2015

Campbell v. State
1-14-00807-CR
State's Brief filed March 11, 2015

Ex Parte McGuire
14-14-01010-CR
State's Brief filed March 16, 2015

Le v. State
14-14-00043-CR
State's Brief filed March 24, 2015

Furthermore, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

Efran Lopez
14-14-00758-CR
State's Brief due April 9, 2015

Dorsey v State
1-14-00685-CR
State's Brief due April 14, 2015

Allen v State
14-14-00842-CR
State's Brief due April 8, 2015

4. This is the State's first request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Jerome Godinich, Jr.
Attorney at Law
929 Preston, Suite 200
The Kiam Building
Houston, Texas 77002

/s/ *Kimberly Stelter*
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826

Date: March 27, 2015